UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR RICHARD JOYCE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE ARCHITECT OF THE CAPITOL,<br><br>    Defendant. | Civil Action No. 12-1837 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion for Summary Judgment is GRANTED; and

2. Judgment is ENTERED in favor of Defendant.

IT IS SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  May 27, 2015